```
___ FILED       ___ ENTERED
___ LODGED      ___ RECEIVED

APR 03 2009   JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
DISTRICT OF WASHINGTON
                    DEPUTY
```

09-CV-00439-CERT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C09 0439 |
| Plaintiff, | |
| v. | COMPLAINT |
| MELISSA STUBBLEFIELD, | |
| Defendant. | |

*Fee waived / Summons Iss.*

The United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Anastasia Bartlett, Assistant United States Attorney, for its Complaint against the Defendant alleges:

I

Jurisdiction is conferred upon this Court pursuant to Title 28, United States Code, Section 1345.

II

The Defendant resides within the Western District of Washington.

III

The Defendant applied for and was granted a Student Loan authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1071 et seq, as is more particularly set out in the Certificate of Indebtedness, attached hereto as Exhibit 1. A copy of the promissory notes signed by the Defendant are attached hereto as Exhibit 2.

COMPLAINT-1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970) 553-7970

1  IV

2  Although demand has been made for payment, there remains due and owing the principal sum of
3  $6,496.22, administrative/collection costs of $0.00, plus $4,193.95 in interest as of June 26, 2008, and
4  continuing to accrue at 8.02% per annum. See Exhibit 1.

5  V

6  In addition to the amounts set forth above, the United States of America is entitled to have and
7  recover reasonable attorney's fees from the Defendant.

8  WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

9  1.  In the amount of $6,496.22 principal, administrative/collection costs of $0.00, and
10 $4,193.95 in interest accrued through June 26, 2008;

11 2.  Interest to continue to accrue on the $6,496.22 principal at the rate of 8.02% per annum
12 until date of judgment;

13 3.  Interest on the total judgment amount from the date of judgment at the legal rate in effect
14 on the date of judgment, per annum and compounded annually, until paid in full;

15 4.  Reasonable attorney's fee;

16 5.  Costs of suit;

17 6.  Filing fee of Three Hundred Fifty Dollars ($350.00) pursuant to 28 U.S.C. §§ 2412(a)(2)
18 and 1914(a), as amended October 19, 1996, PL 104-317, 110 Stat 3847,

19 7.  Docket fees of Twenty Dollars ($20.00) pursuant to 28 U.S.C. § 1923, and

20 8.  Such other relief as this Court may deem just.

21 DATED this 30 day of March, 2009.
22

23 JEFFREY C. SULLIVAN
   United States Attorney
24

25 _____
   ANASTASIA BARTLETT WSBA #7142
26 Assistant United States Attorney

27

28

COMPLAINT-2